UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-62165-CIV-COHN-SELTZER

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

    Plaintiffs,

vs.

JOHN'S N.Y. PIZZA AND PASTA, INC.

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN, and PATRICIA KENNEDY (collectively "Plaintiffs"), by and through the undersigned counsel, hereby notify this Court that they have reached settlement of all issues pertaining to their case against Defendant, JOHN'S N.Y. PIZZA AND PASTA, INC.("Defendant").

The parties' counsel are presently preparing a release for signature by all parties and intend to file a stipulation for dismissal with prejudice when the release is signed by all required to do so, which they anticipate will be no more than twenty (20) days from the date hereof.

Respectfully submitted this 12th day of December, 2011.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on December 12, 2011.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Schapiro@schapirolawgroup.com
